FILED
2020 Jul-24  AM 08:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT B

The Terms Exception Agreement

*New Account*

TERMS EXCEPTION AGREEMENT

**Nutrien**
Ag Solutions

_____Counts Farm – Wheat_____ (Grower) and

Nutrien Ag Solutions, Inc. agree to the following terms and conditions for extended terms:

Grower's account number: _____

Feb 2/6/19

A. Grower will supply NUTRIEN AG SOLUTIONS with current financial statement and a completed NUTRIEN AG SOLUTIONS Profile.

B. Collateral will be given: ☐ yes ☑ no / Collateral : _____.
   If collateral is crops, NUTRIEN AG SOLUTIONS normally requires a 1st crop lien on all crops.

C. Crop insurance required? ☐ yes ☑ no If crop insurance is required, NUTRIEN AG SOLUTIONS must be assigned as loss payee and copy of insurance must be provided by April 1st or account becomes payable in full.
   Insurance Company:_____ Address:_____
   _____ Phone:_____

D. All purchases will have a due date of __7/15/19__. After the NUTRIEN AG SOLUTIONS' normal terms have expired, a cash discount (will☐ will not☐) be allowed.

E. Payment(s) will be made per following:
   _____ : $ _____ ; _____ : $ _____ ;
   _____ : $ _____ : Balance in full.

F. Estimated total purchases will be $ _$200,000_____

G. Any invoice(s) not paid within NUTRIEN AG SOLUTIONS' normal terms will incur an annual finance rate of _6_% APR.

H. Whereas after the above due date, the grower's account will be placed back on normal terms and conditions per NUTRIEN AG SOLUTIONS' profile, including finance charge rate.

I. This agreement is valid for only purchases made between _____ and _____.

**Grower understands that these terms are subject to a full lien search (when applicable) and a full credit update and review, which is authorized by the undersigned grower. Terms are not approved until the credit investigation is completed and this agreement is signed by all parties.**

**Default:** NUTRIEN AG SOLUTIONS may declare that I (we) am/are in default on this agreement if:
1. I (we) fail to make any payment required by this Note within 30 days after its due date.
2. I (we) break any promise agreed to within this agreement or any note or loan or credit agreement between grower and NUTRIEN AG SOLUTIONS
3. Bankruptcy, insolvency or receivership proceedings are started by or against any of the borrowers.

Upon default, I (we) must immediately pay the full amount of all unpaid principal, interest, other amounts due NUTRIEN AG SOLUTIONS and NUTRIEN AG SOLUTIONS' costs of collection and reasonable attorney fees in enforcing this agreement in all courts including bankruptcy. You acknowledge and agree that NUTRIEN AG SOLUTIONS is entitled to recover legal fees and expenses incurred in all bankruptcy proceedings commenced by or against you, without limiting the generality of the foregoing. Such fees and expenses are recoverable in any matter peculiar to federal bankruptcy law.

X _Vince Counts III_____ _2/5/19_    _____ _____
Grower's signature               Date        Grower's signature            Date

Recommendation: _New, old customer that we need to have in our group of business to grow our margins at Madison._

_Chris Michelfelder____ _2/6/19_    _____ _____
Branch Manager           Date        General Manager              Date

APPROVAL:

_____ _____    _____ _____
Area Credit Manager        Date           Region Credit Mgr (As Needed)  Date

                                          _____ _____
                                          Director, Credit (As Needed)   Date