FILED

2022 Oct-14  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **NUTRIEN AG SOLUTIONS, INC. f/k/a** | ) | |
| **Crop Production Services, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:20-CV-01049-LCB** |
| | ) | |
| **CLAUDE PRICE COUNTS, III,** | ) | |
| **Individually and d/b/a COUNTS FARMS,** | ) | |
| **TOMMY LORNE COUNTS, and** | ) | |
| **COUNTS FARMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

_____

Nutrien Ag Solutions, Inc. ("Nutrien"), Claude Price Counts, III, Counts Farms, Inc. and Tommy Lorne Counts jointly stipulate that all claims in this case are due to be dismissed with prejudice, with each party to bear their own costs, expenses and attorneys' fees.

Counsel for Nutrien has been authorized by counsel for Defendants to electronically submit this filing on behalf of the parties.

00944156.DOCX

Respectfully submitted this 14th day of October 2022.

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar Number: ASB-8341-N47P
Attorney for Nutrien Ag Solutions, Inc.
f/k/a Crop Production Services, Inc.
Sasser, Sefton & Brown, P.C.
P.O. Box 4539
Montgomery, AL 36103-4539
Telephone: (334) 532-3400
Facsimile: (334) 532-3434
psefton@sasserlawfirm.com

**COUNSEL FOR DEFENDANTS:**

s/ Grant A. Wright (*with express permission*)
Grant A. Wright
Max D. Wright
Bar Number: ASB-0312-T59G
Bar Number: ASB 4276-O20A
Wright Law, P.C.
105 West 2nd Street
Tuscumbia, AL 35674
Telephone: (256) 383.6357
grant@grantwrightlaw.com
max@grantwrightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL** has been e-filed using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 14th day of October 2022:

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar Number: ASB-8341-N47P
Attorney for Nutrien Ag Solutions, Inc.
f/k/a Crop Production Services, Inc.
Sasser, Sefton & Brown, P.C.
P.O. Box 4539
Montgomery, AL 36103-4539
Telephone: (334) 532-3400
Facsimile: (334) 532-3434
psefton@sasserlawfirm.com

00944156.DOCX